IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ALLEN KELSO, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:21-CV-177-Z-BQ |
| JPL PROPERTIES, LLC, | § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal filed on December 14, 2021 (ECF No. 19). The Court acknowledges the parties' Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and **ORDERS** this case to be dismissed **WITH PREJUDICE**. Accordingly, this case has been terminated. The Court hereby **ORDERS** the United States District Clerk to **CLOSE** this civil case.

**SO ORDERED**.

December 28, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE